**Entered on Docket**
**March 04, 2010**

HONORABLE JOHN L. PETERSON

PITE DUNCAN, LLP
STEVEN W. PITE (NV Bar #008226)
EDDIE R. JIMENEZ (NV Bar #10376)
JACQUE A. GRUBER (NV Bar #11385)
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: ecfnvb@piteduncan.com

Attorneys for Secured Creditor WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO BANK SOUTHWEST, N.A. FORMERLY KNOWN AS WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS BANK, FSB

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CARLOS ONTIVEROS JR AND MARIA ONTIVEROS,<br><br>Debtor(s). | Bankruptcy Case No. BK-N-09-52095-gwz<br><br>Chapter 7<br><br>WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO BANK SOUTHWEST, N.A. FORMERLY KNOWN AS WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS BANK, FSB'S ORDER TERMINATING AUTOMATIC STAY<br>Date: January 12, 2010<br>Time: 10:00 a.m. |

1   A hearing on Secured Creditor Wells Fargo Bank, N.A., successor by merger to
2   Wells Fargo Bank Southwest, N.A. formerly known as Wachovia Mortgage, FSB, fka World
3   Savings Bank, FSB's Motion for Relief From the Automatic Stay came on regularly for hearing
4   in the United States Bankruptcy Court before the Honorable John L. Peterson.
5   The court having duly considered the papers and pleadings on file herein and
6   being fully advised thereon and finding cause therefor:
7   IT IS HEREBY ORDERED, ADJUDGED AND DECREED:
8   Relief from the automatic stay of 11 United States Code section 362 is hereby
9   granted as it applies to the real property commonly known as 2295 Madrid Dr, Sparks, Nevada
10  89436-2687, which is legally described as:

SEE LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT A AND MADE A PART HEREOF.

APPROVED/DISAPPROVED                    APPROVED/DISAPPROVED

_____          _____
W. DONALD GIESEKE                       KEVIN A. DARBY
TRUSTEE                                 DEBTORS' ATTORNEY

18  /./.
19  /./.
20  /./.
21  /./.
22  /./.
23  /./.
24  /./.
25  /./.
26  /./.
27  /./.
28  /./.

ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

☐ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

☒ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ Approved.

☐ Disapproved.

☒ Failed to respond. - Debtors' Attorney/Trustee

###

Submitted by:

/s/ JACQUE A. GRUBER
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(858) 750-7600
NV Bar #11385
Attorney for WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO BANK SOUTHWEST, N.A. FORMERLY KNOWN AS WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS BANK, FSB